LAW OFFICE OF MICHAEL P. CALOF
Michael P. Calof, Esq., SB# 52259
5850 Canoga Avenue, Suite 400
Woodland Hills, California 91367
(818) 340-9391    FAX: (805) 241-8990
MPC ESQA@YAHOO.COM
Attorney for Plaintiff KATHLEEN MYERS

FILED
2012 JUN 25  PM 2:25
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

CASE NUMBER: CV12-5521-ABC (JEMx)

KATHLEEN MYERS,

    Plaintiff

vs.

LIBERTY MUTUAL ASSURANCE
ASSURANCE CO. WELLS FARGO
BANK (Real Party in Interest)

    Defendants

COMPLAINT FOR DENIAL OF
PAYMENT OF LONG TERM
DISABILITY BENEFITS
[ERISA 502(A)]

## COMPLAINT

Plaintiff KATHLEEN MYERS, by and through her undersigned attorney, Michael P. Calof, brings this action against LIBERTY MUTUAL ASSURANCE CO. (hereinafter referred to as LIBERTY MUTUAL), and WELLS FARGO BANK (Real Party in Interest).

## JURISDICTION

1. Plaintiff alleges that Plaintiff's claims "relate to" an employee benefit plan as defined by the Employee Retirement Income Security Act (hereinafter referred to as ERISA), 29 USCA SS 1011 et seq., and that the subject plan constitutes a plan under ERISA. Therefore, Plaintiff alleges that this Court's jurisdiction is invoked pursuant to 28 USCA §1337 and 29 USCA §1132(e) and 502A

-1-

COMPLAINT

of ERISA..

## VENUE

2. Venue is proper within this District pursuant to 29 USCA §1132(e)(2) because the acts complained of have occurred within the District.

## PARTIES

3. Plaintiff KATHLEEN MYERS is now and at all times mentioned in this Complaint a resident of the State of California.

4. Plaintiff is informed and believes, and on the basis of such information and belief, alleges that Defendant LIBERTY MUTUAL ASSURANCE CO. and WELLS FARGO BANK are now and at all times mentioned in this Complaint were, a corporation authorized to transact and transacting the business of banking services in the State of California. Plaintiff is further informed that Defendant LIBERTY MUTUAL ASSURANCE CO. is the legal entity who administers the Disability Plan for Defendant WELLS FARGO BANK. Plaintiff is further informed and believes that LIBERTY MUTUAL ASSURANCE CO. is the case management coordinator of the Defendant WELLS FARGO BANK.

## FACTUAL BACKGROUND

1. Plaintiff KATHLEEN MYERS was employed by Defendant WELLS FARGO BANK. Her present position prior to going off work on disability was District Manager and Senior Vice President.

2. Pursuant to Plaintiff's application for disability benefits due to physical injuries sustained while an employee of WELLS FARGO BANK, she was approved for short term disability benefits as of March 23, 2011. The Disability Benefits for which Plaintiff was paid was for a period of six months from March 23, 2011 through September 23, 2011.

3. The Defendant's disability Plan provides for extended disability benefits to be paid after the first six months of short term disability benefits have been paid if:

"During your LTD waiting period and the next 24-month period, you are unable to perform the material and substantial duties of your own

-2-

COMPLAINT

occupation for any employer in your local economy; and

After this 24-month period, you are unable to perform the material and substantial duties of any occupation for which you are reasonably qualified, taking into account your training, education, experience, and predisability pay for any employer in your local economy."

4. Defendant began making STD payments in March, 2011 and continued making disability payments for the next 6 months.

5. On October 4, 2011, Defendant LIBERTY MUTUAL notified Plaintiff that her application for long term disability benefits was denied because her physical and mental condition did not meet the requirements for extended payments beyond the first 6 month period pursuant to the Plan provisions.

6. On or about November 2, 2011, Plaintiff filed a written Appeal of the proposed denial of her LTD disability benefits.

7. On February 9, 2012, Defendant denied Plaintiff's appeal for LTD disability benefits beyond the 6 month period.

8. On March 29, 2012, Plaintiff, through her counsel of record, filed a supplemental written request to Defendant LIBERTY MUTUAL to extend the appellate review period for 45 days in order to submit additional medical documentation. Plaintiff had represented herself in this administrative process until March 23, 2012.

9. On April 2, 2012, Defendant LIBERTY MUTUAL denied Plaintiff's counsel's request for additional time to submit supporting documentation on Plaintiff's behalf.

10. On April 2, 2012, Defendant notified Plaintiff of their affirmation of denial of Plaintiff's Application for LTD Disability Benefits and that all administrative remedies had been exhausted. Plaintiff has no other speedy or adequate remedy to resolve this matter other than the filing of this Complaint.

11. Plaintiff alleges that at all times relevant to this matter, she suffered from work-related stress, depression, anxiety and related physical injuries including neck pain, numbness, tingling

down left arm to her fingers, and left shoulder pain. Plaintiff also had two TIA's in 2010 and had submitted supporting medical documentation and reports of this fact to Defendants.

### FIRST CAUSE OF ACTION

12. Plaintiff incorporates by express reference the allegations of Paragraphs 1-11 as though fully set forth herein.

13. Plaintiff alleges that at all times relevant to this matter, she suffered from job related stress, depression and anxiety and had provided supporting medical documentation of this fact to Defendants.

14. Under the terms of the Plan, Defendant agreed to provide Plaintiff with LTD disability benefits from October, 2011 to age 65 subject to the following terms and conditions:

> "During your LTD waiting period and the next 24-month period, you
> are unable to perform the material and substantial duties of your own
> occupation for any employer in your local economy; and
> After this 24-month period, you are unable to perform the material
> and substantial duties of any occupation for which you are reasonably
> qualified, taking into account your training, education, experience,
> and predisability pay for any employer in your local economy."

15. The Defendant Plan provides for the following exclusions and limitations:

> "**Exclusions and Limitations**...
>
> **Exclusions**
>
> The LTD Plan does not cover any disability that Liberty
> determines has contributed to, or was caused by, or results
> from:
>
> • War, declared or undeclared, or any act of war
>
> • Active participation in a riot
>
> •The commission of or attempted commission of a felony
>
> • Preexisting condition".

-4-

COMPLAINT

16. Plaintiff alleges that Defendant LIBERTY MUTUAL has failed to provide such LTD disability benefits to Plaintiff as of the filing of this Complaint notwithstanding Plaintiff's medical documentation which supports her entitlement to LTD benefits.

17. Plaintiff alleges that the denial of LTD benefits to plaintiff constitutes a breach of the Plan between defendant and plaintiff by virtue of the fact that she paid monthly premiums for such LTD coverage during her employment with Defendant WELLS FARGO BANK.. Plaintiff seeks reimbursement and compensation for any and all benefits she would have received as a result of defendant's failure to provide LTD benefits in an amount at present unknown but to be set forth at the time of trial.

18. Defendant has arbitrarily and capriciously breached the obligations set forth in the Plan. Defendant has arbitrarily and capriciously breached its obligations under the ERISA provisions to provide Plaintiff these benefits even though plaintiff's benefits are covered under the terms of the Plan and which Plaintiff has established her entitlement thereto.

19. As a direct and proximate result of the above-described conduct of defendant in failing to provide coverage and benefits under the Plan, plaintiff has suffered, and will continue to suffer in the future, damages under the Plan, plus interest and other economic and consequential damages, for a total amount to be determined at the time of trial.

20. Plaintiff is entitled to such benefits and prejudgment interest at the appropriate rate.

**SECOND CAUSE OF ACTION**

**FOR ATTORNEY FEES AND COSTS,**

**PURSUANT TO 19 U.S.C.A. §1132 (g)(1)**

21. Plaintiff incorporates here those allegations of the Jurisdiction, Parties, and Factual Background sections, along with the First Cause of Action, as though set forth in full in this cause of action.

22. 29 U.S.C.A. §1132(g)(1) authorizes this Court to award reasonable attorney fees and costs of action to either party in an ERISA action.

22. As a result of the actions and failings of the defendant, described above in this complaint,

-5-

COMPLAINT

1  plaintiff has retained the services of legal counsel and has necessarily incurred attorney fees and costs
2  in prosecuting this action. Further, plaintiff anticipates incurring additional attorney fees and costs
3  in subsequently pursuing this action, all in a final amount that is currently unknown. Plaintiff
4  therefore requests an award of reasonable attorney fees and costs.

## REQUEST FOR RELIEF

WHEREFORE, plaintiff requests judgment as follows:

1. For a declaration regarding the defendant's noncompliance with minimum requirements of ERISA and other federal an state laws in connection with the denial of benefits.

2. For benefits payable under the Plan to reimburse plaintiff for payments that plaintiff has been entitled to receive;

3. For future benefits payable under the Plan that plaintiff is entitled to receive;

4. For an award of prejudgment interest;

5. For an award of reasonable attorney fees pursuant to 29 U.S.C.A. §(g)(1);

6. For costs of suit incurred; and

7. For such other and further relief as the Court deems just and proper.

DATED: June 25, 2012                     LAW OFFICES OF MICHAEL P. CALOF

                                         BY: _____
                                             Michael P. Calof, Attorney for
                                             Plaintiff KATHLEEN MYERS

-6-

COMPLAINT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Audrey B. Collins and the assigned discovery Magistrate Judge is John E. McDermott.

The case number on all documents filed with the Court should read as follows:

### CV12- 5521 ABC (JEMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>KATHLEEN MYERS | **DEFENDANTS**<br>LIBERTY MUTUAL ASSURANCE COMPANY<br>WELLS FARGO BANK (Real Party in Interest) |
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Law Office of Michael P. Calof, Michael P. Calof, Esq. SB# 52259<br>5850 Canoga Avenue, Suite 400; Woodland Hills, California 91367<br>(818) 349-9391  (805) 241-8990 - FAX | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes  ☑ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No              ☐ **MONEY DEMANDED IN COMPLAINT:** $ Pymt of LTD Disability Benefits

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
ERISA 502A - Denial of Long Term Disability Benefits

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☑ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**CV12-5521**

FOR OFFICE USE ONLY:     Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                              ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Wells Fargo Bank<br>Los Angeles County | Liberty Mutual Assurance Co.<br>London, Kentucky 40742-7212 |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

\* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Michael P. Calof_  Date June 25, 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

Name & Address:
LAW OFFICE OF MICHAEL P. CALOF
Michael P. Calof, Esq. (mpcesq1@yahoo.com)
5850 Canoga Avenue, Suite 400
Woodland Hills, California 91367
(818) 340-9391  (805) 241-8990 - FAX

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN MYERS<br><br>                                    PLAINTIFF(S)<br>        v.<br>LIBERTY MUTUAL ASSURANCE CO., WELLS FARGO BANK (Real Party in Interest)<br><br>                                    DEFENDANT(S). | CASE NUMBER<br><br>CV12-5521 -ABC(JEMx)<br><br><br>SUMMONS |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Michael P. Calof, Esq._____, whose address is _5850 Canoga Avenue, Suite 400; Woodland Hills, California 91367_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  JUN 25 2012        By: MARILYN DAVIS
                               Deputy Clerk
                                    1227
                               (Seal of the Court)


[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].